UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| FELTON L. MATTHEWS, JR., | ) | |
| | ) | |
| Petitioner, | ) | 3:05-cv-0367-LRH-RAM |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| E.K. McDANIEL, *et al.,* | ) | |
| | ) | |
| Respondents. | ) | |

This is a *pro se* action for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, by Felton L. Matthews, a Nevada prisoner. On March 7, 2006, this Court denied the petition for writ of habeas corpus (docket #35). Judgment was entered the next day (docket #36). On October 14, 2009, the Court denied a motion to reopen the case, construing the request as one for reconsideration of the previous denial of the petition (docket #91). Since that time, petitioner has filed numerous additional motions asking the Court to reconsider its order denying reconsideration, to allow petitioner to supplement the motion for rehearing, to allow an evidentiary hearing and discovery, and to allow an amended petition, which respondents have opposed (dockets #92, #93, #94, #96, #97, #98, and #101). As previously noted by this Court, the Ninth Circuit Court of Appeals denied his appeals and requests for a certificate of appealability (docket #82 and #83).

On April 9, 2010, the court issued an order directing the clerk to return unfiled any document, motion or correspondence received from petition in this matter. The court finds it necessary to amend the order allowing for the filing and processing of any notice of appeal submitted in the matter.

**IT IS THEREFORE ORDERED** that the court's order of April 9, 2010 (docket #104) is hereby amended.

**IT IS FURTHER ORDERED** that except for any notice of appeal, the Clerk shall not accept or file any further documents, motions, or correspondence received from petitioner in this matter. The clerk shall file and process any notice of appeal filed by petitioner in this matter.

DATED this 23rd day of June, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE